FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY -7 PM 3:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL McLACHLAN AND<br>LORI McLACHLAN | CIVIL ACTION |
| VERSUS | NO. |
| ST. PAUL FIRE AND MARINE INSURANCE<br>COMPANY, METROPOLITAN<br>GASTROENTEROLOGY ASSOCIATES,<br>A PROFESSIONAL MEDICAL CORPORATION<br>AND HOWARD I. BRENNER | JUDGE: **07-2804**<br>SECTION:<br>**SECT. M MAG 1** |

## COMPLAINT FOR DAMAGES

To the Honorable, the United States District Court for the Eastern District of Louisiana, and the Judges thereof:

The complaint of Michael McLachlan and Lori McLachlan, husband and wife, through undersigned counsel, with respect represents:

I.

Plaintiffs are majors and citizens of the State of Georgia, residing in Alpharetta, Georgia.

II.

Defendant, Howard I. Brenner, is of the lawful age of majority and a citizen of the State of Louisiana, residing in Jefferson Parish.

Fee $350.00
__ Process ___
X Dktd ___
__ CtRmDep ___
__ Doc. No. ___

III.

Metropolitan Gastroenterology Associates, A Professional Medical Corporation, is a Louisiana Corporation, domiciled in Jefferson parish, Louisiana and licensed to do and doing business within jurisdiction of this Honorable Court.

IV.

Defendant, St. Paul Fire and Marine Insurance Company is a foreign insurer, authorized to do and doing business within the jurisdiction of this Honorable Court, and which provided a policy of liability insurance to defendants Metropolitan Gastroenterology Associates, A Professional Medical Corporation, and Howard I. Brenner which afforded coverage for the matters involved herein and at all times pertinent herein.

V.

The jurisdiction of this Honorable Court is based on 28 U.S.C. §1332, as plaintiffs are diverse in citizenship from all defendants, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

VI.

Plaintiff, Michael McLachlan, received medical treatment from Metropolitan Gastroenterology Associates, A Professional Medical Corporation, and Dr. Howard I. Brenner in the years 2000 and 2001.

VII.

Some of the medical treatment rendered by defendants to Mr. McLachlan fell below the proper standards of medical care, and these breaches of the proper standard of care included:

1) prescribing medication without adequately testing Mr. McLachlan, before and/or after the medications were prescribed;

2) failing to monitor and/or test Mr. McLachlan's creatnine level between June of 2000 and December of 2001;

3) failing to diagnose and/or properly treat Mr. McLachlan's kidney dysfunction and/or failing to refer him to a kidney specialist; and

4) in other respects as may be shown at the trial of this matter.

VIII.

As a result of the foregoing, plaintiff, Michael McLachlan, suffered severe and debilitating injuries; he experienced physical pain and suffering and mental anguish; he incurred medical expenses; he underwent a kidney transplant; he will experience a loss of earnings and/or earning capacity; he will incur medical expenses in the future; and his life expectancy is likely shortened, all of which damages continue and/or may be permanent.

IX.

As a further result of the foregoing, plaintiff, Lori McLachlan, has experienced losses and damages, which include a loss of consortium.

X.

Metropolitan Gastroenterology Associates, A Professional Medical Corporation, as employer of Howard Brenner at all pertinent times, is liable for the actions and/or omissions of its employee pursuant to the Doctrine of Respondeat Superior.

XI.

Plaintiffs bring this action against the defendant, St. Paul Fire and Marine Insurance Company, pursuant to the provisions of Louisiana Revised Statutes of 1950, 22:655, as amended, otherwise known as the Louisiana Direct Action Statute.

WHEREFORE, plaintiffs pray for judgment against the defendants, St. Paul Fire and Marine Insurance Company, Metropolitan Gastroenterology Associates, A Professional Medical Corporation and Howard I. Brenner, jointly, severally and/or *in solido*, for all sums as are fair and reasonable in the premises, together with legal interest thereon from April 22, 2002 (the date this matter was first submitted to the Louisiana Division of Administration) until paid, for all costs and disbursements of these proceedings, for all general and equitable relief, and for trial by jury.

RESPECTFULLY SUBMITTED:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER

By: _____
Robert J. David (Bar No. 4704)
Irving J. Warshauer (Bar No. 13252)
Kara M. Hadican (Bar No. 29234)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Counsel for Plaintiffs

**PLEASE SERVE:**

St. Paul Fire and Marine Insurance Company
through the Secretary of State
State of Louisiana
8549 United Plaza Boulevard
Baton Rouge, LA 70809

Metropolitan Gastroenterology Associates,
A Professional Medical Corporation
through its registered Agent for Service of Process
Steve G. Venturatos, M.D.
1111 Medical Center Blvd, #S-450
Marrero, LA 70072

Dr. Howard I. Brenner
Metropolitan Gastroenterology Associates,
A Professional Medical Corporation
4228 Houma Blvd, Suite 520
Metairie, LA 70006