UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL McLACHLAN AND<br>LORI McLACHLAN | * * * | CIVIL ACTION NO. 07-2804 |
| VERSUS | * * | SECTION: "R" |
| ST. PAUL FIRE AND MARINE INSURANCE<br>COMPANY, METROPOLITAN<br>GASTROENTEROLOGY ASSOCIATES<br>A PROFESSIONAL MEDICAL CORPORATION<br>AND HOWARD I. BRENNER | * * * * * | MAGISTRATE: "5 " |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Joint Motion to Dismiss filed on behalf plaintiffs, Michael McLachlan and Lori McLachlan and defendants, St. Paul Fire and Marine Insurance Company and Metropolitan Gastroenterology Associates, A Professional Medical Corporation and Dr. Howard I. Brenner;

IT IS HEREBY ORDERED that the above captioned matter be and is hereby dismissed, with prejudice, each party to bear their own costs.

_Sarah Vance_
U.S. DISTRICT COURT JUDGE
4/9/08